**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:12-cv-000041-MR**

| | | |
|---|---|---|
| **FREDERIC B. CLARK, IV,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **WELLS FARGO BANK, N.A. and** | ) | |
| **ANDREA MURPHY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion for

Voluntary Dismissal of Andrea Murphy [Doc. 52].

Upon review of the Plaintiff's Motion,

**IT IS, THEREFORE ORDERED** that the Plaintiff's Motion [Doc. 52] is

**GRANTED**, and the Plaintiff's claims against the Defendant Andrea Murphy

are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
Martin Reidinger
United States District Judge